ATTORNEYS FOR APPELLANT
Brian Lee Ciyou
Lori B. Schmeltzer
Ciyou & Dixon, P.C.
Indianapolis, Indiana

ATTORNEY FOR APPELLEE
Thomas L. Landwerlen
Landwerlen & Rothkopf, LLP
Indianapolis, Indiana

# In the
# Indiana Supreme Court



FILED
Jan 06 2016, 1:29 pm

CLERK
of the supreme court,
court of appeals and
tax court

No. 49S05-1601-PO-6

R.E.,

*Appellant (Respondent below),*

v.

M.S.,

*Appellee (Petitioner below).*

Appeal from the Marion Superior Court, No. 49G21-1404-PO-010832
The Honorable Gary L. Miller, Judge

On Petition to Transfer from the Indiana Court of Appeals, No. 49A05-1409-PO-445

**January 6, 2016**

**Per Curiam.**

R.E. appealed the trial court's issuance of a protective order against her in favor of M.S. The Court of Appeals affirmed in a memorandum decision. Among other things, R.E. requested that the Court of Appeals redact her full name from its decision, and identify her by initials only. The Court of Appeals denied her requests. R.E. seeks transfer, which we now grant for the

purpose of substituting R.E.'s name with her initials in our opinion. In all other respects we summarily affirm the Court of Appeals' decision. *See* Ind. Appellate Rule 58(A)(2).

All Justices concur.